# State of New York
# Court of Appeals

This memorandum is uncorrected and subject to revision before publication in the New York Reports.

No. 56
The People &c.,
      Respondent,
   v.
Sergio Cerda,
      Appellant.

Donna Aldea, for appellant.
Andrew Fakuda, for respondent.

Reargument ordered for a future Court session. Chief Judge DiFiore and Judges Rivera, Garcia, Wilson, Cannataro and Troutman concur. Judge Singas took no part.

Decided May 24, 2022